UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-00251-MSS-TGW

HOWARD COHAN,

    Plaintiff,

vs.


BEECHWOOD LAKELAND HOTEL, LLC,
a Florida Limited Liability Company,
d/b/a HILTON GARDEN INN LAKELAND,

    Defendant(s).

_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BEECHWOOD LAKELAND HOTEL, LLC, a Florida Limited Liability Company, d/b/a HILTON GARDEN INN LAKELAND, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED June 27, 2024.

By: **/s/ Gregory S. Sconzo**　　　　　　By: **/s/ Joseph Ruiz**
Gregory S. Sconzo, Esq.　　　　　　　　JOSEPH RUIZ, ESQ.
Florida Bar No.: 0105553　　　　　　　　Florida Bar No. 65732
Sconzo Law Office, P.A.　　　　　　　　ZUMPANO CASTRO, PLLC
3825 PGA Boulevard, Suite 207　　　　　*Counsel for Defedant*
Palm Beach Gardens, FL 33410　　　　　500 South Dixie Highway, Suite 302

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

Coral Gables, Florida 33146
Telephone: (305) 503-2990
Email:
Joseph.Ruiz@ZumpanoCastro.com
Email:
Nikki.Marrero@ZumpanoCastro.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

 /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**

2